```
                                              ┌─────────────────────────────┐
                                              │ FILED                       │
                                              │ September 21, 2012          │
         UNITED STATES DISTRICT COURT         │ CLERK, US DISTRICT COURT    │
                                              │ EASTERN DISTRICT OF         │
      FOR THE EASTERN DISTRICT OF CALIFORNIA  │ CALIFORNIA                  │
                                              │ DEPUTY CLERK                │
                                              └─────────────────────────────┘
```

UNITED STATES OF AMERICA,            )
                                     )   CASE NUMBER: 2:12-cr-00335-MCE
          Plaintiff,      )
                                     )   ORDER FOR RELEASE
v.                                   )   OF PERSON IN CUSTODY
                                     )
RYAN COSTO,                          )
                                     )
          Defendant.      )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ryan Costo</u>; Case <u>2:12-cr-00335-MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$300,000.00</u>; co-signed by defendant's parents, Kathleen Henderson and Gregory Costo, and defendant's wife, Jaime Costo

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>9/21/2012</u> at 2:45 pm.

By _____
    Kendall J. Newman
    United States Magistrate Judge