1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6
   Attorney for Ryan Costo
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 2:12-CR-00335 MCE
                                    )
12          Plaintiff,              )   **STIPULATION AND**
                                    )   **ORDER CONTINUING JUDGMENT**
13                                  )   **AND SENTENCING**
       v.                           )
14                                  )
   RYAN COSTO,                      )   Date:  March 26, 2015
15                                  )   Time:  9:00 a.m.
            Defendants.             )   Judge: Hon. Morrison C. England, Jr
16 _____  )

17

18      With the Court's permission, plaintiff United States of America, by and through its

19 counsel, Assistant United States Attorney, Shelley D. Weger, and defendant, Ryan Costo, by

20 and through his attorney, William J. Portanova, hereby stipulate that the date for judgment and

21 sentencing, now set for February 19, 2015, at 9:00 a.m. be continued to March 26, 2015, at 9:00

22 a.m.

23      The draft Pre-Sentence Report was not disclosed to counsel until January 22, 2015.

24 Pursuant to Rule 32(e)(2), counsel for defendant requests additional time in order to meet with

25 his client; review the draft Pre-Sentence Report; discuss the findings and recommendations

26 therein; and, research and draft informal objections as necessary.

27 ///

28 ///

The parties stipulate to the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | March 26, 2015 |
| Reply, or Statement of Non-Opposition: | March 19, 2015 |
| Motion for Correction of Pre-Sentence Report: | March 12, 2015 |
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | February 26, 2015 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | February 19, 2015 |

**IT IS SO STIPULATED.**

Dated:      February 04, 2015                    /s/ William J. Portanova

                                                 WILLIAM J. PORTANOVA
                                                 Attorney for Ryan Costo

Dated:      February 04, 2015                    /s/ Shelley D. Weger

                                                 SHELLEY D. WEGER
                                                 Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  February 6, 2015

                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT