WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com


Attorney for Ryan Costo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00335 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| RYAN COSTO, | ) | Date:   April 09, 2015 |
| | ) | Time:   9:00 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England, Jr |
| | ) | |

        With the Court's permission, plaintiff United States of America, by and through its

counsel, Assistant United States Attorney Shelley D. Weger, and defendant, Ryan Costo, by and

through his attorney, William J. Portanova, hereby stipulate that the date for judgment and

sentencing, now set for April 9, 2015, at 9:00 a.m. be continued to May 7, 2015, at 9:00 a.m.

///

///

///

///

///

///

///

This brief continuance is necessary because defense counsel is scheduled to have a medical procedure and will be recovering.

**IT IS SO STIPULATED.**

Dated:        April 07, 2015            /s/ William J. Portanova

_____
WILLIAM J. PORTANOVA
Attorney for Ryan Costo

Dated:        April 07, 2015            /s/ Shelley D. Weger

_____
SHELLEY D. WEGER
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT