LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
RYAN WILLIAM COSTO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> RYAN WILLIAM COSTO, </br></br> Defendant. | CASE NO.  2:12-CR-335-MCE </br></br> **REQUEST FOR EXTENSION OF THE SELF-SURRENDER DATE OF RYAN WILLIAM COSTO;** </br> **ORDER** |

Request is hereby made to the Court for an order extending the date of self-surrender of Ryan William Costo of Thursday, January 21, 2016 before 2:00 p.m. to the Sheridan Oregon Federal Camp to Thursday, January 28, 2016 before 2:00 p.m. on the following grounds:

1. Mr. Costo was sentenced on November 20, 2015.  At that time, the Court set a restitution hearing for January 8, 2016 with the consent of all parties.  In order to allow Mr. Costo to be present at the restitution hearing, the Court ordered Costo to self-surrender on January 21, 2016 before 2:00 p.m. to the institution designated by the Bureau of Prisons.

2. On January 4, 2016, the government contacted defense counsel and requested additional time to conduct research regarding the issue of restitution. In that regard, the government requested the restitution hearing be continued by stipulation to January 21, 2016. Defense counsel agreed and the hearing was continued to January 21, 2016.

3. Given that the restitution hearing was continued to January 21, 2016, which is the same date Mr. Costo was initially ordered by this Court to self-surrender, defense counsel requested that the government agree to extend Costo's self-surrender date past the date of the restitution hearing to allow Costo to be present.

4. On January 5, 2016, defense counsel received confirmation that Mr. Costo had been designated to the Sheridan Oregon Federal Camp with his self-surrender date being that ordered by this Court of Thursday, January 21, 2016 before 2:00 p.m.

5. On January 7, 2016, the government informed defense counsel they would not agree to extending Mr. Costo's self-surrender date, advising its position is the Court does not have jurisdiction to issue such an order. Specifically, the government sent an email to defense counsel stating, "The government is opposed to this request. The government's position is that the surrender date is part of the defendant's sentence and the Court does not have jurisdiction to modify the surrender date unless within the time period of Rule 35."

6. Defense counsel disagrees with the government's position. The Court clearly has jurisdiction over this case as it has ordered a hearing on

restitution which is currently set for January 21, 2016. The matter of restitution has yet to be determined and is a part and parcel of the defendant's sentence, and once determined the Court will issue an Amended Judgment. As such, this request is not in conflict with Rule 35.

7. As additional support for defense counsel's position, the United States Supreme Court in *Dolan v. United States*, 560 U.S. _____ (2010) held that not only does the Court retain jurisdiction over a case during the 90-day statutory period available to determine restitution, its jurisdiction can extend past the 90-day statutory period in certain instances.

8. In the case at bar, the Court remains within the 90-day statutory period so there is no issue as to whether the Court continues to maintain jurisdiction over the case.

9. As for good cause supporting this request, the government was the party who requested the continuance of the restitution hearing seeking additional time to prepare. Defense counsel obliged the government in its request. However, when defense counsel requested a reasonable one-week extension of Mr. Costo's self-surrender date to allow him to be present at the restitution hearing, the government opposed that request.

10. The Court initially set Mr. Costo's self-surrender date approximately two weeks after the restitution hearing date to allow Costo to be present at the hearing. Given it was the government's request to continue the restitution hearing date to January 21, 2016, defense counsel now requests the Court find good cause to extend Mr. Costo's self-surrender date one week to Thursday, January 28, 2016, which would allow Costo to

be present at the hearing.

Based on the foregoing, Mr. Costo respectfully requests this Court extend the date of his self-surrender to Sheridan Oregon Federal Camp from Thursday, January 21, 2016 before 2:00 p.m. to Thursday, January 28, 2016 before 2:00 p.m.

DATED:  January 10, 2016          Respectfully submitted,
                                  LAW OFFICES OF SCOTT L. TEDMON

                                  /s/ Scott L. Tedmon
                                  SCOTT L. TEDMON
                                  Attorney for Ryan William Costo

## ORDER

Having reviewed the request to extend defendant Ryan William Costo's self-surrender date and good cause appearing, it is hereby ordered that the date for defendant Ryan William Costo to surrender himself to the Sheridan Oregon Federal Camp of Thursday, January 21, 2016 before 2:00 p.m. is extended to Thursday, January 28, 2016 before 2:00 p.m.

IT IS SO ORDERED.

Dated:  January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT