BENJAMIN B. WAGNER
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00335 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | DATE: January 8, 2016 |
| RYAN WILLIAM COSTO, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, a restitution hearing was set in the above captioned case for January 8, 2016 at 10:00 a.m.

2.     By this stipulation, the parties move to continue the restitution hearing until January 21, 2016 at 10:30 a.m.

3.     The defense requested additional information from the Government regarding the loss incurred by two of the victim banks.  The Government has been working to obtain additional loss information from the two victim banks, including the information requested by the defense, but additional time is required to obtain the information and to provide it to the Court and defense in

///

///

STIPULATION AND ORDER

1

1  advance of the restitution hearing.

2          IT IS SO STIPULATED.

3

4  Dated:  January 5, 2016                    BENJAMIN B. WAGNER
                                              United States Attorney

5                                             /s/ SHELLEY D. WEGER
6                                             SHELLEY D. WEGER
                                              Assistant United States Attorney

7

8  Dated:  January 5, 2016                    /s/ SCOTT TEDMON
9                                             SCOTT TEDMON
                                              Counsel for Defendant
10                                            Ryan William Costo

11

12                              **ORDER**

13         IT IS SO ORDERED.

14  Dated:  January 11, 2016

15

16  _____
17  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28