BENJAMIN B. WAGNER
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br><br>                   v.<br><br>RYAN WILLIAM COSTO,<br><br>                                 Defendants. | CASE NO.  2:12-CR-00335<br><br>STIPULATION REGARDING RESTITUTION FOR RYAN COSTO; ORDER<br><br>DATE: January 21, 2016<br>TIME: 10:30 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ryan Costo, by and through his counsel of record, hereby stipulate as follows:

1.  The Court imposed judgment in this matter on November 20, 2015, and deferred the determination of restitution until January 8, 2016.  By previous order, the restitution hearing was continued to January 21, 2016.

2.  By this stipulation, defendant and plaintiff now move for the Court to issue an order and Amended Judgment in a Criminal Case setting the restitution amount owed by Costo to be $2,505,786.00.

3.  The United States has represented that San Diego Private Bank, Bank of America, CitiMortgage, and FDIC, as receiver for Washington Mutual Bank, have submitted claims for restitution arising from loans that have a loss as a result of Mr. Costo's conduct and which are discussed in the Pre-Sentence Report (PSR).  *See* Dkt. No. 54.

STIPULATION REGARDING RESTITUTION
FOR RYAN COSTO; ORDER
                                                                    1

a.   San Diego Private Bank has submitted a loss claim for $267,000.00, arising from a loss on an aircraft loan.  The parties agree that Costo should be ordered to pay restitution to San Diego Private Bank in this amount.  This money should be directed to the following address:

San Diego Private Bank

Attn: Liz Lovins

9404 Genesee Ave., Suite 100

San Diego, CA 92037

b.   Bank of America submitted a loss claim for $828,675.00, arising from a loss on an aircraft loan.  The parties agree that Costo should be ordered to pay restitution to Bank of America in this amount.  This money should be directed to the following address:

Bank of America

Attn: Mr. Paul Gallego

Assistant Vice President

CA7-701-03-84

275 Valencia Ave

Brea, CA 92823

c.   CitiMortgage submitted a loss claim stipulating to restitution in the amount of $949,453.00.  This loss arises from a loan on the property located at 4697 Kings Ranch Place.  The parties agree that Costo should be ordered to pay restitution to CitiMortgage in this amount.  This money should be directed to the following address:

CitiMortgage, Inc

Re: Loan #2004665668

CitiMortgage, C/O FPI

1000 Technology Drive

Mail Stop 367

O'Fallon, MO 63368

d.   The Federal Deposit Insurance Corporation (FDIC), as receiver for Washington Mutual Bank, submitted a loss claim stipulating to restitution in the amount of $460,658.00.  This loss

STIPULATION REGARDING RESTITUTION
FOR RYAN COSTO; ORDER

2

1  arises from a loan on the property located at 4859 Cavitt Ranch.  The parties agree that Costo should be

2  ordered to pay restitution to FDIC in this amount.  This money should be directed to the following

3  address:

4                          Washington Mutual Bank Receivership

5                          FDIC Restitution Payments

6                          In re: Ryan Costo,

7                          Docket No. 2:12CR00335, Receivership for Washington Mutual Bank (FIN 10015)

8                          P.O. Box 971774

9                          Dallas, TX 75397-1774

10  The Government requests that for the purposes of restitution in this matter, the Court make the

11  additional finding that the FDIC in its capacity as receiver for Washington Mutual Bank is not the

12  "United States" for purposes of 18 U.S.C. § 3664(i) and the clerk should therefore distribute funds to the

13  FDIC on a *pro rata* basis as with any other victims to whom restitution is ordered.  *See* MEMORANDUM

14  OF UNDERSTANDING REGARDING CRIMINAL RESTITUTION FOR FAILED FINANCIAL INSTITUTIONS WHEN

15  THE FDIC IS APPOINTED RECEIVER 4 (2007) ("In multiple victim cases, the FDIC-Receiver is to be

16  treated on an equal basis by being paid a *pro rata* share of restitution to which all victims are entitled.";

17  citing cases), *available at*

18  https://www.fdic.gov/bank/individual/failed/FDIC_Receiver_Restitution_MOU.pdf.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING RESTITUTION
FOR RYAN COSTO; ORDER

1    4.   In light of the parties' stipulation set forth above, the parties agree that the restitution hearing

2  set for January 21, 2016, is no longer necessary and request that the hearing be vacated.

3

4

5  IT IS SO STIPULATED.

6

7  Dated:  January 20, 2016                    BENJAMIN B. WAGNER
                                              United States Attorney

8
                                      By:   /s/ Shelley D. Weger
9                                           SHELLEY D. WEGER
                                            Assistant United States Attorney
10
                                            For the United States of America
11

12
   DATED: January 20, 2016                   /s/ Scott L. Tedmon
13                                           SCOTT L. TEDMON

14                                          For defendant RYAN COSTO

15

16

17                              **O R D E R**

18    It is hereby ordered that defendant Ryan Costo shall pay $2,505,786.00 in restitution.  Payment

19  of restitution shall be by cashier's or certified check made payable to the Clerk of the Court.

20  $267,000.00 of this restitution should be directed to San Diego Private Bank, Attn: Liz Lovins, 9404

21  Genesee Ave., Suite 100, San Diego, CA 92037.  $828,675.00 of this restitution should be directed to

22  Bank of America, Attn: Mr. Paul Gallego, Assistant Vice President, CA7-701-03-84 275 Valencia Ave.,

23  Brea, CA 92823.  $949,453.00 of this restitution should be directed to CitiMortgage, Inc., Re: Loan

24  #2004665668, CitiMortgage, C/O FPI, 1000 Technology Drive, Mail Stop 367, O'Fallon, MO 63368.

25  $460,658.00 of this restitution should be directed to Washington Mutual Bank Receivership, FDIC

26  Restitution Payments, In re: Ryan Costo, Docket #2:12CR00335, Receivership for Washington Mutual

27  Bank (FIN 10015), P.O. Box 971774, Dallas, TX 75397-1774.

28  ///

STIPULATION REGARDING RESTITUTION
FOR RYAN COSTO; ORDER                      4

For purposes of restitution, the Court finds that the Federal Deposit Insurance Company (FDIC)  in its capacity as receiver for Washington Mutual Bank is not the "United States" for purposes of 18 U.S.C. § 3664(i) and the clerk should therefore distribute funds to the FDIC on a *pro rata* basis as with any other victims to whom restitution is ordered.  The restitution hearing set for January 21, 2016 is hereby vacated.

      IT IS SO ORDERED.

Dated:  January 21, 2016

                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                  UNITED STATES DISTRICT COURT

STIPULATION REGARDING RESTITUTION
FOR RYAN COSTO; ORDER

5